UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
JACQUELYN WHITE,

                         Plaintiff,

          -against-

DEPARTMENT OF CORRECTIONAL SERVICES,
("DOCS"), STATE OF NEW YORK, et al.,

                     Defendants.
-------------------------------------------------------------------------

Index No.:  08 CV 0993

AFFIDAVIT OF SERVICE
OF SUMMONS
AND COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU       SS.:

       JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735.  That on March 3, 2008 at 11:56 a.m. at 120 Broadway, New York, New York deponent served the within Summons and Complaint on defendant STATE OF NEW YORK – ELIOT SPITZER, ATTORNEY GENERAL therein named.

1.____INDIVIDUAL   by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2.____CORPORATION       a domestic corporation, by delivering thereat a true copy *of each* to  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. X _SUITABLE AGE      by delivering thereat a true copy *of each* to a person of
       PERSON            suitable age discretion.  Said premises is defendant's place of business - within the state.

4.____AFFIXING TO       by affixing a true copy *of each* to the door of said premises, which
       DOOR, ETC.         is defendant's - actual place of business - dwelling house - usual place of abode - within the state.  Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

____MAILING            Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last
  use with 3 or 4         known residence, at
  (if applicable)        and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
                    **MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

_3_DESCRIPTION  Deponent describes the individual served as follows:
  1 or 3

| | | | | | |
|---|---|---|---|---|---|
| ___Male | ___White Skin | _X_Black Hair | ___14-20 Yrs. | ___Under 5' | ___Under 100 lbs. |
| _X_Female | _X_Black Skin | ___Brown Hair | ___21-35 Yrs. | ___5'0" - 5"3" | ___100-130 lbs. |
| | ___Brown Skin | ___Blond Hair | ___36-50 Yrs. | _X_5'4" - 5'8" | _X_131-160 lbs. |
| | | ___Gray Hair | _X_51-65 Yrs. | ___5'9"-6'0" | ___161-200 lbs. |
| | | ___Red Hair | ___Over 65 Yrs. | ___Over 6' | ___Over 200 lbs. |
| | | ___White Hair | | | |
| | | ___Balding | | | |

Sworn to before me on March // , 2008

*[signature]*

SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 20 //

*[signature]*
JOHN MICHAEL DEVITO