UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

Index No.: 08 CV 0993

JACQUELYN WHITE,

Plaintiff,

AFFIDAVIT OF SERVICE
OF SUMMONS
AND COMPLAINT

-against-

DEPARTMENT OF CORRECTIONAL SERVICES,
("DOCS"), STATE OF NEW YORK, et al.,

Defendants.

-------------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NASSAU          SS.:

JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on March 5, 2008 at 3:29 p.m. at 31 W. 110th Street, New York, New York 10026, deponent served the within Summons and Complaint on defendant SUPERINTENDENT JOSEPH WILLIAMS therein named.

1.  X  INDIVIDUAL by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. ____ CORPORATION          a domestic corporation, by delivering thereat a true copy of each to  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. ___ SUITABLE AGE          by delivering thereat a true copy of each to a person of
         PERSON          suitable age discretion.  Said premises is defendant's  place of business - within the state.

4. ____ AFFIXING TO          by affixing a true copy of each to the door of said premises, which
         DOOR, ETC.          is defendant's actual place of business - dwelling house - usual place of abode - within the state.  Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

____ MAILING          Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last
use with 3 or 4          known residence, at
(if applicable)          and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
         **MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

_1_ DESCRIPTION Deponent describes the individual served as follows:
   1 or 3

| | | | | | |
|---|---|---|---|---|---|
| X  Male | ___ White Skin | ___ Black Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 lbs. |
| ___ Female | X  Black Skin | ___ Brown Hair | ___ 21-35 Yrs. | ___ 5'0" - 5'3" | ___ 100-130 lbs. |
| | ___ Brown Skin | ___ Blond Hair | ___ 36-50 Yrs. | ___ 5'4" - 5'8" | ___ 131-160 lbs. |
| | | ___ Gray Hair | X  51-65 Yrs. | X  5'9"-6'0" | X  161-200 lbs. |
| | | ___ Red Hair | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 lbs. |
| | | ___ White Hair | | | |
| | | X  Balding | X  Mustache | X  Glasses | |

Sworn to before me on March  5  , 2008

_(signature)_

JOHN MICHAEL DEVITO

SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 2011