UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
JACQUELYN WHITE,

                              Plaintiff,

        -against-

DEPARTMENT OF CORRECTIONAL SERVICES,
("DOCS"), STATE OF NEW YORK, et al.,

                              Defendants.
-----------------------------------------------------------------------

Index No.: 08 CV 0993

AFFIDAVIT OF SERVICE
OF SUMMONS
AND COMPLAINT

STATE OF NEW YORK, COUNTY OF NASSAU      SS.:

    JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on March 5, 2008 at 3:29 p.m. at 31 W. 110th Street, New York, New York 10026, deponent served the within Summons and Complaint on defendant LT. RONALD HAINES therein named.

1. \_\_\_\_ INDIVIDUAL  by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. \_\_\_\_ CORPORATION  a domestic corporation, by delivering thereat a true copy *of each* to  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. \_X\_ SUITABLE AGE PERSON  by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's place of business - within the state.

4. \_\_\_\_ AFFIXING TO DOOR, ETC.  by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

\_\_\_\_ MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

\_3\_ DESCRIPTION Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| X Male | \_\_\_ White Skin | \_\_\_ Black Hair | \_\_\_ 14-20 Yrs. | \_\_\_ Under 5' | \_\_\_ Under 100 lbs. |
| \_\_\_ Female | X Black Skin | \_\_\_ Brown Hair | \_\_\_ 21-35 Yrs. | \_\_\_ 5'0" - 5'3" | \_\_\_ 100-130 lbs. |
| | \_\_\_ Brown Skin | \_\_\_ Blond Hair | \_\_\_ 36-50 Yrs. | \_\_\_ 5'4" - 5'8" | \_\_\_ 131-160 lbs. |
| | | \_\_\_ Gray Hair | X 51-65 Yrs. | X 5'9"-6'0" | X 161-200 lbs. |
| | | \_\_\_ Red Hair | \_\_\_ Over 65 Yrs. | \_\_\_ Over 6' | \_\_\_ Over 200 lbs. |
| | | \_\_\_ White Hair | | | |
| | | X Balding | X Mustache | X Glasses | |

Sworn to before me on March 11, 2008

*Sheryl A. Serrano* (signature)

SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 2011

JOHN MICHAEL DEVITO