UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
JACQUELYN WHITE,

                              Plaintiff,

           -against-

DEPARTMENT OF CORRECTIONAL SERVICES,
("DOCS"), STATE OF NEW YORK, et al.,

                          Defendants.
------------------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

Index No.: 08 CV 0993

AFFIDAVIT OF SERVICE
OF SUMMONS
AND COMPLAINT

     JOHN MICHAEL DEVITO, being duly sworn deposes and says: that deponent is not a party to his action, is over 18 years of age and resides at Farmingdale, NY 11735. That on March 5, 2008 at 12:54 p.m. at 31 W. 110th Street, New York, New York 10026, deponent served the within Summons and Complaint on defendant LT. ROBERT MURRAY therein named.

1. _X_ INDIVIDUAL   by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. ____ CORPORATION   a domestic corporation, by delivering thereat a true copy *of each* to  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. ____ SUITABLE AGE PERSON   by delivering thereat a true copy *of each* to a person of suitable age discretion. Said premises is defendant's - dwelling house - usual place of abode - within the state.

4. ____ AFFIXING TO DOOR, ETC.   by affixing a true copy *of each* to the door of said premises, which is defendant's - actual place of business - dwelling house - usual place of abode - within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there

____ MAILING
use with 3 or 4
(if applicable)

Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addresses to defendant at defendant's last known residence, at
and deposited said wrapper in - a post office - depository under exclusive care and custody of the United States Postal Service within New York State.
**MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL**

____ DESCRIPTION Deponent describes the individual served as follows:
1 or 3

| | | | | | |
|---|---|---|---|---|---|
| _X_ Male | _X_ White Skin | ___ Black Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 lbs. |
| ___ Female | ___ Black Skin | ___ Brown Hair | ___ 21-35 Yrs. | ___ 5'0" - 5'3" | ___ 100-130 lbs. |
| | ___ Brown Skin | ___ Blond Hair | _X_ 36-50 Yrs. | _X_ 5'4" - 5'8" | _X_ 131-160 lbs. |
| | | _X_ Gray Hair | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 lbs. |
| | | ___ Red Hair | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 lbs. |
| | | ___ White Hair | | | |
| | | ___ Balding | _X_ Mustache | | |

Sworn to before me on March _11_, 2008

                                                JOHN MICHAEL DEVITO

SHERYL A. SERRANO
Notary Public, State of New York
No. 01SE6090996
Qualified in Nassau County
Commission Expires April 21, 2011