# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    SOUTHERN COUNTY    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CV 0993   AND FILED ON JANUARY 30, 2008
ATTORNEY(S): ,

Jacquelyn White    Plaintiff(s)/Petitioners

vs

Department of Correctional Services ("DOCS"), New York State, et al    Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY, SS.:

_____James Perone_____, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on __May 28, 2008__ at __4:40pm__ at __c/o Department of Corrections, 1220 Washington Avenue, Building 2, Albany, New York__ deponent served the within __Summons in a Civil Action & Complaint with Exhibits Bearing the above Index # and Filing Date__ on: Deputy Superintendent of Security Nicolas Brocco, Defendant (herein called recipient) therein named.

**INDIVIDUAL A** ☐ By personally delivering to and leaving with said _____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Summons in a Civil Action & Complaint with Exhibits Bearing the above Index # and Filing Date

**CORPORATION B** ☒ By delivering to and leaving with __Lenny A. Mancini__ at __1220 Washington Avenue, Building 2, Albany, New York__ and that deponent knew the person so served to be the __Authorized to Accept__ of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

**SUITABLE AGE PERSON C** ☐ By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D** ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F** ☐ Deponent had previously attempted to serve the above named defendant/respondent
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G** ☒ DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age __54__ Approximate weight __160__ Approximate height __5'6__ Sex __Male__
Color of skin __White__ Color of hair __Gray__ Other _____

**MILITARY SERVICE** ☐ Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

**WIT. FEES** ☐ $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 28th day of May 2008

_Deborah A Bottisti (Bellin)_
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

_James Perone_
James Perone
Attny's File No.
Invoice•Work Order # 0619445