## C & B

# CRONIN & BYCZEK LLP
*Attorneys and Counselors at Law*

Fountains at Lake Success
1983 Marcus Avenue • Suite C-120
Lake Success, New York 11042
(516) 358-1700 • Facsimile (516) 358-1730
E-Mail: Info@cblawyers.net

LINDA M. CRONIN
CHRISTOPHER S. BYCZEK*
DOMINICK REVELLINO
ROCCO G. AVALLONE**
HOWARD GREENWALD

OF COUNSEL
CHRISTOPHER FALCONETTI
DORIS RIOS DUFFY

*MEMBER OF NY AND FL BAR
**MEMBER OF NY AND CT BAR

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/1/08

July 1, 2008

JUL 01 2008

Via Facsimile 212-805-7912
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

　　　　　RE:   Jacquelyn White v. Department of
　　　　　　　　Correctional Services, et al
　　　　　　　　Docket No.: 08 CV 0993

Your Honor:

　　　This office represents the Plaintiff with regard to the above-referenced matter.

　　　We are in receipt of Defendants' Partial Motion to Dismiss dated June 30, 2008. Our Opposition to said Motion is due on or before July 14, 2008. I am an associate in this law firm and a colleague of the attorney who is assigned to handle this file. He is the only attorney in this office who is fully familiar with the facts and circumstances of this case. At the present time he is out of the country on vacation and will not be returning to the office until July 14, 2008. We respectfully request that our time to oppose this Motion be extended to July 30, 2008 and that Defendants' time to Reply be extended to August 6, 2008.

　　　We have contacted Assistant Attorney General Julinda Dawkins and she has consented to this extension. Also note that this is our first request for an extension of this motion.

Thank you for your anticipated cooperation and consideration herein. Should you have any questions, please feel free to contact the undersigned.

Respectfully yours,

Dominick Revellino

DR\rah
Cc: Julinda Dawkins, Esq. AAG (via facsimile 212-416-6075)