```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JACQUELYN WHITE,

                              Plaintiff,         DECLARATION OF
                                                 ROCCO G. AVALLONE
       - against -

DEPARTMENT OF CORRECTIONAL SERVICES              Docket No.
("DOCS"), NEW YORK STATE, SUPERINTENDENT         08 CV 0993 (JGK)(DCF)
JOSEPH WILLIAMS, DEPUTY SUPERINTENDENT OF
SECURITY NICHOLAS BROCCO (retired),
Acting DEPUTY SUPERINTENDENT OF SECURITY
SALVATORE MUNAFO, LT. RONALD HAINES,
and LT. GEORGE VAN VALKENBURG, LT. ROBERT
MURRAY sued in their individual and
professional capacity,

                              Defendants.
------------------------------------------X
```

ROCCO G. AVALLONE, being duly sworn, states the following under penalty of perjury.

1. I am an attorney at law duly admitted to practice in the State and Federal Courts of New York, and associated with the law firm of Cronin & Byczek, LLP, counsel for the Plaintiff, JACQUELYN WHITE, in this matter.

2. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Partial Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12 (b)(1) and (6). This Declaration is based upon my personal knowledge as counsel for the Plaintiff in this case.

3. Plaintiff submits the annexed document and accompanying Memorandum of Law.

  4. In opposition to Defendants' Partial Motion to Dismiss is:

Exhibit A: Letter dated October 12, 2007 from Cronin & Byczek to Wilson Ortiz of the N.Y.S. Division of Human Rights.

Dated: Lake Success, New York
    July 30, 2008

             */s/ Rocco G. Avallone*
             Rocco G. Avallone (RA8055)

**Exhibit A**



# CRONIN & BYCZEK, LLP

*Attorneys and Counselors at Law*

**The Gateway at Lake Success**
1983 Marcus Avenue • Suite C-120
Lake Success, New York 11042
(516) 358-1700 • Facsimile (516) 358-1730
E-Mail: Info@cblawyers.net

LINDA M. CRONIN
CHRISTOPHER S. BYCZEK*

DOMINICK REVELLINO
ROCCO G. AVALLONE**

HOWARD GREENWALD

*MEMBER OF NY AND FL BAR
**MEMBER OF NY AND CT BAR

OF COUNSEL
CHRISTOPHER FALCONETTI
DORIS RIOS DUFFY

October 12, 2007

Mr. Wilson P. Ortiz
Acting Regional Director
New York State Division of Human Rights
Adam Clayton Powell State Office Building
163 West 125th Street, Room 415
New York, New York   10027

        RE:    Jacquelyn White
                  Case No. 10112526
                  Federal Charge No. 16GA603651

Dear Mr. Ortiz:

       Please be advised that this office has been retained to represent Jacqueline White in her litigation against the New York State Department of Corrections. Ms. White has filed a complaint through your agency.

       Please let this letter serve as a formal request for a copy of Ms. White's complete file maintained by your office.

       Thank you for your prompt attention herein. Should you have any questions, please feel free to contact the undersigned.

                                        Sincerely yours,

                                        Linda M. Cronin

LMC\rah

STATE OF NEW YORK, COUNTY OF NASSAU : SS.

    SHERYL SERRANO, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside at Hicksville, New York. That on the 30th day of July 2008, I served a true copy of the **DECLARATION OF ROCCO G. AVALLONE WITH EXHIBIT AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT** in the following manner: via regular mail addressed to the last known address of the addressee as indicated below:

    ANDREW M. CUOMO
    Attorney General of the
     State of New York
    Attorneys for Defendants
    120 Broadway, 24th Floor
    New York, New York 10271
    <u>Attn.</u>: Julinda Dawkins, AAG

                                                  _____
                                                    SHERYL SERRANO

Sworn to before me this
30th day of July 2008

_____
Notary Public

      ROSEMARY A. HORAN
  Notary Public, State of New York
      No. 01HO5076305
   Qualified in Nassau County
  Commission Expires 4/21/2011

*Index No.* 08CV0993            *Year* 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELYN WHITE,

                                                        Plaintiff,

- against -

DEPARTMENT OF CORRECTIONAL SERVICES ("DOCS"), NEW YORK STATE,
SUPERINTENDENT JOSEPH WILLIAMS, et al.,

                                                        Defendants.

---

DECLARATION OF ROCCO G. AVALLONE WITH EXHIBIT "A"

---

Cronin & Byczek, LLP
1983 Marcus Avenue – Suite C120
Lake Success, New York 11042
(516) 358-1700

---

*To:*

*Attorney(s) for*

---

*Service of a copy of the within*                                          *is hereby admitted.*

*Dated:*
                                      ....................................................
                                                *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                    20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court,
at
on                    20       , at              M.

*Dated:*

                                                        Cronin & Byczek, LLP
                                                        1983 Marcus Avenue – Suite C120
                                                        Lake Success, New York 11042
                                                        (516) 358-1700

*To:*