

# CRONIN & BYCZEK, LLP

*Attorneys and Counselors at Law*

The Gateway at Lake Success
1983 Marcus Avenue • Suite C-120
Lake Success, New York 11042
(516) 358-1700 • Facsimile (516) 358-1730
E-Mail: Info@cblawyers.net

LINDA M. CRONIN
CHRISTOPHER S. BYCZEK*

DOMINICK REVELLINO
ROCCO G. AVALLONE**

HOWARD GREENWALD

OF COUNSEL
CHRISTOPHER FALCONETTI
DORIS RIOS DUFFY

*MEMBER OF NY AND FL BAR
**MEMBER OF NY AND CT BAR

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

**APPLICATION GRANTED**
**SO ORDERED**
7/30/08
John G. Koeltl, U.S.D.J.

July 30, 2008

JUL 30 2008

Via Facsimile 212-805-7912
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

RE:   Jacquelyn White v. Department of
      Correctional Services, et al
      Docket No.: 08 CV 0993

Your Honor:

This office represents the Plaintiff with regard to the above-referenced matter.

This office respectfully requests an extension of time to file opposition papers to Defendants' Partial Motion to Dismiss. Plaintiff's Opposition papers are due to be served on the Defendants on July 30, 2008. Due to unforeseen matters that I needed to attend to this past week and the fact that I will be out of the office all of next week (week of August 4-8), I respectfully request an extension to submit opposition papers to August 12, 2008. I have spoke with Assistant Attorney General Julinda Dawkins and she has consented to this extension. Should said request be granted, Plaintiff consents to extend Defendants' time to reply to Plaintiff's Opposition papers to September 12, 2008 due to the fact that Ms. Dawkins will be away on vacation for two weeks in the month of August. This is Plaintiff's second request for an extension of this motion.



Thank you for your anticipated consideration herein. Should you have any questions, please feel free to contact the undersigned.

Respectfully yours,

Rocco G. Avallone

RGA\rah
Cc: Julinda Dawkins, Esq. AAG (via facsimile 212-416-6075)